# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JS-6

| | |
|---|---|
| LIANA KARAPETYAN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN,<br><br>Defendant. | Case No. ED CV 23-01671-HDV (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Case for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: 1/9/2024

_____
HERNÁN D. VERA
United States District Judge